UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSION MEKONNEN, | CASE NO. C22-1240 MJP |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| MAMADOU DIALLO, and JANE DOE DIALLO, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's Agreed Motion for Withdrawal of Attorney of Record. (Dkt. No. 10.) Having reviewed the Motion, noted Defendants' non-opposition, and all supporting materials, the Court GRANTS the Motion. The Court finds good cause to allow the withdrawal, given that Plaintiff consents to it and the case is in its infancy. See Local Civil Rule 83.2(b)(1). Plaintiff has provided her address, but not her telephone number, as required by Local Civil Rule 83.2(b)(1). Although this is grounds to deny the Motion, the Court instead ORDERS Plaintiff's counsel to provide the Court with a notice of Plaintiff's telephone number within 7 days of entry of this Order. Failure to provide the notice may lead to rescission

ORDER GRANTING MOTION TO WITHDRAW - 1

of this Order. Upon submission of the telephone number, Plaintiff Zebeaman Chekol shall be withdrawn as counsel for Plaintiff and Plaintiff shall proceed <u>pro se</u>, meaning without counsel. The Court directs Plaintiff to the Court's website, which contains resources for <u>pro se</u> litigants: https://www.wawd.uscourts.gov/representing-yourself-pro-se. Plaintiff is also free to retain new counsel of her choosing.

    The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

    Dated November 18, 2022.

Marsha J. Pechman
United States Senior District Judge