UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TSION MEKONNEN,<br><br>               Plaintiff,<br><br>   v.<br><br>MAMADOU DIALLO, and JANE DOE DIALLO,<br><br>               Defendants. | CASE NO. C22-1240 MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

As the Court explained to the parties during the status conference held on December 15, 2022, the Court hereby resets the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 1/6/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 1/13/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 1/20/2023 |

MINUTE ORDER - 1

1 | These deadlines may only be extended by order of the Court.

2 | The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

3 | Filed December 15, 2022.

4

5 | Ravi Subramanian
    Clerk of Court

6 | s/Serge Bodnarchuk
    Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24