IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TSION MEKONNEN<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAMADOU DIALLO, and JANE DOE DIALLO, individually and their marital community<br><br>　　　　　　　Defendants. | CAUSE NO. 2:22-CV-01240-MJP<br><br>NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS<br><br>*[CLERKS' ACTION REQUIRED]* |

**TO:**　　**THE CLERK OF THE COURT;**

**AND TO:**　**ALL COUNSEL OF RECORD.**

PLEASE TAKE NOTICE that **CHRISTOPHER A. LUHRS** of HWS LAW GROUP, hereby appears on behalf of **Defendants MAMDOU DIALLO and JANE DOE DIALLO** in association with Maxwell Wesemann of HWS LAW GROUP.  We request that service of all papers and pleadings herein, except writs of original process, be made upon all attorneys for said Defendant at the following address:

**HWS LAW GROUP**
**1500 FOURTH AVENUE, SUITE 200**
**SEATTLE, WA 98101**

NOTICE OF ASSOCIATION OF COUNSEL – (CAUSE NO. 2:22-CV-01240-MJP) Page 1

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA  98101
P: (206) 262-1200  F: (206) 223-4065

This appearance is made without waiving any defenses previously asserted, cross-claims, counterclaims or third-party claims.

DATED this 8th day of March, 2023 in Seattle, Washington.

HWS LAW GROUP

*/s/Christopher A. Lurhs*
*/s/Max Wesemann*
Christopher A. Lurhs , WSBA No. 43175
clurhs@hwslawgroup.com
Max Wesemann, WSBA No. 54798
mwesemann@hwslawgroup.com
Attorneys for Defendants

NOTICE OF ASSOCIATION OF COUNSEL –
(CAUSE NO. 2:22-CV-01240-MJP) Page 2

**HWS LAW GROUP**
1500 FOURTH AVENUE, SUITE 200
SEATTLE, WA 98101
P: (206) 262-1200  F: (206) 223-4065

CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that the following is true and correct:

I am employed by the law firm of HWS Law Group.

At all times hereinafter mentioned, I was and am a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On the date set forth below I served the document(s) to which this is attached, in the manner noted on the following person(s):

| PARTY/COUNSEL | DELIVERY INSTRUCTIONS |
|---|---|
| **Pro-Se Plaintiff**<br>Tsion Mekonnen<br>2111 SW 352nd Street,<br>Federal Way, WA 98023 | ☐ Via U.S. Mail<br>☒ Via E-Mail<br>☐ Via Messenger Service<br>☒ Via CM ECF<br><br>*Tsiongm1@gmail.com* |

DATED this 8th day of March, 2023 in Seattle, Washington.

/s/Christie Kramer
Christie Kramer, Legal Assistant